UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

TURNING POINT USA AT GRAND
VALLEY STATE UNIVERSITY, et al.,

      Plaintiffs,

v.

VICTOR M. CARDENAS, et al.,

      Defendants.
_____/

Case No. 1:16-CV-1407

HON. GORDON J. QUIST

### ORDER OF RECUSAL

I must recuse myself under 28 U.S.C. §§ 455(a) and (b)(5)(I) from this case due to a conflict. The Clerk's Office shall reassign this case to another district judge in accordance with the approved procedure and assign this judge another case in its stead.

**IT IS SO ORDERED**.


Dated:  December 9, 2016                             /s/ Gordon J. Quist
                                                          GORDON J. QUIST
                                             UNITED STATES DISTRICT JUDGE